AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LAWRENCE R. COOPER,

              Plaintiff,

v.

SHERIFF RICHARD COLEMAN, et al.,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV425-042

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 3, 2025, Plaintiff's Complaint is dismissed. This case stands closed.

Approved by: _____
            **CHRISTOPHER L. RAY**
            UNITED STATES MAGISTRATE JUDGE
            SOUTHERN DISTRICT OF GEORGIA

4/4/2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020